USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
CHRISTOPHER MOONEY AND NICOLE MOONEY,

                Plaintiffs,

-against-

NEW YORK FERTILITY INSTITUTE, 1016 5TH AVENUE GYNECOLOGY, PC, MAJID FATEH, M.D. AND KHALID M. SULTAN, M.D.,

                Defendants.
------------------------------------------------------------ X

20-CV-4345 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties are scheduled to appear before the Court for a pretrial conference on April 30, 2021, at 10:00 a.m.;

    IT IS HEREBY ORDERED that the April 30 conference will be conducted as a teleconference. The parties may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 4345#. All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Date: April 26, 2021**
**New York, NY**

                                      **VALERIE CAPRONI**
                                      **United States District Judge**