USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
CHRISTOPHER MOONEY AND NICOLE MOONEY,

                    Plaintiffs,

        -against-

NEW YORK FERTILITY INSTITUTE, 1016 5TH AVENUE GYNECOLOGY, PC, MAJID FATEH, M.D. AND KHALID M. SULTAN, M.D.,

                    Defendants.
------------------------------------------------------------ X

20-CV-4345 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Court for a pretrial conference on April 30, 2021;

IT IS HEREBY ORDERED that all discovery, including both the remaining deposition and expert discovery, must be completed no later than **July 12, 2021**.

IT IS FURTHER ORDERED that the parties must appear for a pretrial conference on **July 16, 2021, at 11:30 a.m.** The conference will be conducted as a teleconference. The parties may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 4345#. All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

Date: April 30, 2021
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**