```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CHRISTOPHER MOONEY AND NICOLE  :
MOONEY,                        :
                   Plaintiffs, :
                               :     20-CV-4345 (VEC)
            -against-          :
                               :          ORDER
NEW YORK FERTILITY INSTITUTE, 1016 5TH :
AVENUE GYNECOLOGY, PC, MAJID FATEH, :
M.D. AND KHALID M. SULTAN, M.D., :
                               :
                   Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Court for a teleconference on July 30, 2021;

IT IS HEREBY ORDERED that the expert discovery deadline is extended to **September 10, 2021**, to allow the parties to complete the deposition of Plaintiffs' expert.

IT IS FURTHER ORDERED that Defendants' motion for summary judgment is due **November 5, 2021**. Plaintiffs must respond not later than **December 10, 2021**. Defendants may reply in further support of their motion not later than **December 30, 2021**.

IT IS FURTHER ORDERED that the August 13, 2021 pretrial conference is ADJOURNED *sine die*.

IT IS FURTHER ORDERED that the Court's prior referral of this matter to the magistrate judge for a settlement conference at the close of discovery remains in effect, subject to the delay occasioned by the above adjournment of the expert discovery deadline.

**SO ORDERED.**

Date:  July 30, 2021
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**