```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CHRISTOPHER MOONEY AND NICOLE MOONEY,

          Plaintiffs,

-against-

NEW YORK FERTILITY INSTITUTE, 1016 5TH AVENUE GYNECOLOGY, PC, MAJID FATEH, M.D. AND KHALID M. SULTAN, M.D.,

          Defendants.
------------------------------------------------------------ X

20-cv-4345 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 30, 2021, this case was referred to Magistrate Judge Aaron for settlement (Dkt. 35);

WHEREAS the Court has since been informed that Plaintiffs and Defendants do not wish to participate in a settlement conference;

IT IS HEREBY ORDERED that the April 30, 2021 referral to Magistrate Judge Aaron is withdrawn.

**SO ORDERED.**

Date: September 17, 2021
      New York, NY

                            **VALERIE CAPRONI**
                            **United States District Judge**