```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CHRISTOPHER MOONEY AND NICOLE          :
MOONEY,                                :
                          Plaintiffs,  :
                                       :                20-CV-4345 (VEC)
            -against-                  :
                                       :                     ORDER
NEW YORK FERTILITY INSTITUTE, 1016 5TH :
AVENUE GYNECOLOGY, PC, MAJID FATEH,    :
M.D. AND KHALID M. SULTAN, M.D.,       :
                                       :
                          Defendants.  :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/22

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendants filed a Motion for Summary Judgment on November 4, 2021, *see* Not. of Mot., Dkt. 42; and

WHEREAS Defendants' Motion is fully briefed, *see* Dkts. 57–58;

IT IS HEREBY ORDERED that oral argument on the Motion for Summary Judgment will be held in-person on **Tuesday, February 8, 2022, at 10:00 a.m.** in **Courtroom 443** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: January 25, 2022**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**